# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Res-NV CHLV LLC

Plaintiff,

V.

Harry H. Shull

Defendant.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-0593 PMP-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that plaintiff's motion for default judgment is GRANTED.  Default Judgment is entered against Vandenberg 8 in the amount of $453,251.94 together with interest accruing at the statutory rate from the date of entry of the Default Judgment until paid in full.

December 23, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk