✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                              Nevada

Res-NV CHLV LLC

                               Plaintiff,

       V.

Harry H. Shull

                              Defendant.

AMENDED DEFAULT

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:11-CV-0593 PMP-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that plaintiff's motion for default judgment is GRANTED. Default Judgment is entered against Harry H. Shull in the amount of $453,251.94, together with interest accruing at the statutory rate from the date of entry of the Default Judgment until paid in full.

February 10, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk