Michael A. Gehret, Esq.
Nevada Bar No. 9307
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile: (702) 784-5252
Email: mgehret@swlaw.com
　　　　cgianelloni@swlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV CHLV, LLC, a Florida limited liability company, <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>HARRY H. SHULL, an individual, <br><br>　　　　　　　　Defendant. | Case No. 2:11-cv-00593-PMP-CWH <br><br>**ORDER GRANTING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF HARRY H. SHULL** <br><br>**Date of Exam: June 28, 2016** <br><br>**Time of Exam: 10:00 a.m.** |

　　　This matter is before the Court on Plaintiff's sixth Ex Parte Application for Judgment Debtor Examination filed April 14, 2016. Having been unable to timely serve the Court's prior order authorizing a judgment debtor examination to occur on April 22, 2016, Plaintiff filed a sixth application requesting a judgment debtor examination on June 28, 2016. The Court has reviewed the application and finds there is good cause for the request.

　　　Having secured a judgment in its favor for $453,251.94, together with interest accruing at the statutory rate from date of entry of judgment, Plaintiff requests an order requiring judgment debtor Harry Shull ("Judgment Debtor") to (1) appear and be examined under oath regarding all personal property and real property assets, (2) to bring any and all documents showing or referring to his assets and liabilities or transfers of assets made within the last five (5) years, and

23856007

(3) to refrain from effectuating any transfer of or interference with any of his property that is not exempt from execution.

Federal Rule of Civil Procedure 69 provides that the procedure regarding "proceedings supplementary and in aid of judgment or execution must accord with the procedure of the state where the court is located." Federal Rule of Civil Procedure 69(a)(1). Rule 69 further provides that "[i]n aid of judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person – including the judgment debtor – as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2). The scope of post-judgment discovery is broad and the judgment-creditor is permitted to make a broad inquiry to discover any hidden or concealed assets of a judgment-debtor. *1st Technology, LLC v. Rational Enterprises,* LTDA, 2007 WL 5596692 *4 (D. Nev.) (citation omitted). Rule 69 permits a judgment creditor to obtain post-judgment discovery pursuant to the procedures set forth in the Federal Rules of Civil Procedure or pursuant to state law. *Id.* Under Nevada law:

> A judgment creditor, at any time after the judgment is entered, is entitled to an order from the court requiring the judgment debtor to appear and answer upon oath or affirmation concerning his or her property, before:
>
> (a) The judge or a master appointed by the judge; or
>
> (b) An attorney representing the judgment creditor,
>
> at a time and place specified in the order. No judgment debtor may be required to appear outside the county in which the judgment debtor resides.

Nevada Revised Statutes ("NRS") 21.270(1).

The Court agrees that this sixth requested judgment debtor examination is authorized under the aforementioned law. As before, the undersigned expresses no view regarding the several categories of documents Plaintiff requests that the Judgment Debtor bring to the examination.

Based on the foregoing and good cause appearing therefor,

23856007

**IT IS HEREBY ORDERED** that Plaintiff's Application for Judgment Debtor Examination is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment Debtor, **Harry H. Shull**, shall appear and be examined under oath on **June 28, 2016, at 10:00 a.m.**, at the offices of **Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169**, to then and there answer questions under oath regarding his assets and his means of paying the judgment in this matter and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

**IT IS FURTHER ORDERED** that Judgment, Harry H. Shull, shall refrain from effectuating any transfer of or interference with any of his property that is not exempt from execution.

**IT IS FURTHER ORDERED** that a copy of this order shall be personally served upon the Judgment Debtor at least fourteen (14) calendar days before the judgment debtor examination scheduled herein and proof of service filed with the Court. Failure to appear may subject the Judgment Debtor to punishment for contempt of court.

DATED: April 15, 2016

_____
UNITED STATES MAGISTRATE JUDGE

23856007